# Order

Michigan Supreme Court
Lansing, Michigan

June 3, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135985

ANTHONY GARVINS,

      Plaintiff-Appellant,

v

                                            SC:  135985
                                            AGC:  1381/07

ATTORNEY GRIEVANCE COMMISSION,

      Defendant-Appellee.

_____

      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of March 25, 2008, the Clerk of the Court is hereby directed to close this file.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 3, 2008

      jm

_____
Clerk